THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK SHAPIRO, Appellant.

*Crimes — disorderly conduct — judgment of conviction affirmed.*

(Submitted June 15, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Court of Special Sessions of the City of New York, entered February 25, 1928, which affirmed a judgment of a Magistrate's Court convicting the defendant of disorderly conduct.

*Jonah J. Goldstein, David Goldstein* and *S. S. Goldsmith* for appellant.

*Joab H. Banton, District Attorney* (*John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.